IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23011-MD / DAMIAN

ALEJANDRO BORGES, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

SMILEDIRECTCLUB, LLC,

        Defendant.
_____/

**OPPOSITION TO PLAINTIFF'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LOCAL RULE 7.8**

1. Plaintiff's authority fails to aid the intermediate scrutiny analysis. SDC welcomes a hearing to better address the variety of supplemental authority provided by the Parties.

2. *Pariseau* offers no intermediate scrutiny analysis. (*See* Dkt. 72-1 at 13.) The court evaluates the levels of scrutiny, and then devotes just one sentence to applying intermediate scrutiny. (*Id.*)

3. Further, *Pariseau* improperly relies on the "alternative channels for communication" analysis which *does not apply* to content-based regulations. *See City of Cincinnati v. Discovery Network, Inc.*, 507 U.S. 410, 430 (1993). It pertains *only* to content-neutral time, place and manner regulation. *Id.*

4. The court likewise did not address the **critical issue** here—the written consent restriction—and requirement that Florida "seriously under[ake] to address the problem" with readily available less restrictive tools. *Messina v. City of Fort Lauderdale*, 546 F. Supp. 3d 1227, 1249 (S.D. Fla. 2021) (internal citation omitted). **Obvious** less restrictive alternatives (nonwritten consent) exist and were **never evaluated**. (Dkt. 66 at 3); *Total Real Est. Grp., LLC v. Strode*, No.

21-01677, 2022 WL 633670, at *13 (D. Or. Mar. 3, 2022); *Gale Force Roofing & Restoration, LLC v. Brown*, 548 F. Supp. 3d 1143, 1165 (N.D. Fla. 2021).

DATED:  August 8, 2022

Respectfully submitted

*/s/ Jordan S. Kosches*

David S. Almeida, Esq. (*admitted pro hac vice*)
dalmeida@beneschlaw.com
Mark S. Eisen, Esq. (*admitted pro hac vice*)
meisen@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192

Jordan S. Kosches, Esq.
jordan.kosches@gray-robinson.com
**GRAYROBINSON, P.A.**
333 SE 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887
Florida Bar No.: 49881

*Counsel for SmileDirectClub, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL AUTHORITY** was served upon all interested parties using this Court's ECF filing system this 8th day of August 2022.

*/s/ Jordan S. Kosches*