IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23011-MD / DAMIAN

ALEJANDRO BORGES, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

SMILEDIRECTCLUB, LLC,

        Defendant.
_____/

## JOINT MOTION TO STAY

Alejandro Borges ("Plaintiff") and SmileDirectClub, LLC ("SDC"), by and through their respective undersigned counsel, respectfully submit this joint motion to stay this case pending mediation. In support thereof, the Parties state as follows:

1. On September 15, 2022, this Court issued an Order Denying Defendant's Motion to Dismiss Class Action Complaint, and lifting the stay in effect. (Dkt. 74.) This Court set an answer deadline of September 30, 2022. (*Id.*)

2. The Parties have conferred and are endeavoring to schedule a mediation to determine if this action can be resolved.

3. The Parties respectfully request that this Court stay this action for a period of 60 days to allow the Parties to devote their resources to fully explore the resolution of this matter.

4. This request is not being made for purposes of delay or any other improper reason. This stay will not impact any other presently pending dates apart from the answer deadline.

WHEREFORE, the Parties jointly request that this Court enter an Order:

    (a)    Staying this case up to and including November 28, 2022,

1

(b) Resetting SDC's answer deadline to November 28, 2022 and

(c) Awarding all such other relief it deems equitable and just.

| | |
|---|---|
| **DATED:** September 26, 2022 | Respectfully submitted |
| | /s/ Jordan S. Kosches |
| | David S. Almeida, Esq. (*admitted pro hac vice*)<br>dalmeida@beneschlaw.com<br>Mark S. Eisen, Esq. (*admitted pro hac vice*)<br>meisen@beneschlaw.com<br>**BENESCH, FRIEDLANDER,**<br>**COPLAN & ARONOFF LLP**<br>71 South Wacker Drive, Suite 1600<br>Chicago, Illinois 60606<br>Telephone: (312) 212-4949<br>Facsimile: (312) 767-9192 |
| | Jordan S. Kosches, Esq.<br>jordan.kosches@gray-robinson.com<br>**GRAYROBINSON, P.A.**<br>333 SE 2nd Avenue, Suite 3200<br>Miami, Florida 33131<br>Telephone: (305) 416-6880<br>Facsimile: (305) 416-6997<br>Florida Bar No.: 49881 |
| | *Counsel for SmileDirectClub, LLC* |
| **DATED:** September 26, 2022 | Respectfully submitted |
| | /s/ Manuel S. Hiraldo |
| | Andrew J. Shamis, Esq.<br>ashamis@shamisgentile.com<br>Garrett O. Berg, Esq.<br>gberg@shamisgentile.com<br>Shamis & Gentile P.A.<br>14 NE 1st Ave., Suite 705<br>Miami, Florida 33132<br>Telephone: 305-479-2299 |

Scott Edelsberg, Esq.
20900 NE 30th Ave., Suite 417
Edelsberg Law P.A.
Aventura, Florida 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

Manuel Santiago Hiraldo
Hiraldo P.A.
401 E. Las Olas Blvd. Ste 1400
Fort Lauderdale, FL 33394
954-400-4713
Email: mhiraldo@hiraldolaw.com

Jacob Lawrence Phillips
Amy Lynn Judkins
Normand PLLC
3165 McCrory Place, Ste. 175
Orlando, FL 32803
(407) 603-6031
Fax: 888-974-2175
Email: jacob.phillips@normandpllc.com
Email: amy.judkins@normandpllc.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing **JOINT MOTION TO STAY** was served upon all interested parties using this Court's ECF filing system this 26th day of September, 2022.

/s/  Jordan S. Kosches