THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-23011

ALEJANDO BORGES,
PLAINTIFF(s),
v.
SMILE DIRECT CLUB, LLC,
DEFENDANT(s).
_____/

| | |
|---|---|
| Manuel Hiraldo, Esquire<br>Hiraldo P.A.<br>401 E. Las Olas Blvd. Suite 1400<br>Fort Lauderdale, FL 33301<br>Email: mhiraldo@hiraldolaw.com | Mark S. Eisen, Esquire<br>David S. Almeida, Esquire<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>71 S. Wacker Drive, Suite 1600<br>Chicago, IL  60606<br>Email: meisen@beneschlaw.com;<br>dalmeida@beneschlaw.com |
| Jacob Phillips, Esquire<br>Edmund Normand, Esquire<br>Normand PLLC<br>PO Box 140036<br>Orlando, FL  32814<br>Email: jacob.phillips@normandpllc.com;<br>ed@ednormand.com; office@ednormand.com | Jordan S. Kosches, Esquire<br>GRAYROBINSON, P.A.<br>333 SE 2nd Avenue, Suite 3200<br>Miami, Florida 33131<br>Email: jordan.kosches@gray-robinson.com |

Andrew Shamis, Esquire
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Email: ashamis@shamisgentile.com

Scott Edelsberg, Esquire
Christopher Gold, Esquire
Edelsberg Law, P.A.
2875 NE 191st St., Suite 703
Aventura, FL 33180
Email: scott@edelsberglaw.com
chris@edelsberglaw.com

## NOTICE OF MEDIATION

**YOU ARE HEREBY NOTIFIED,** pursuant to the agreement of the parties and the provisions of Florida Statutes Chapter 44, that a Mediation Conference has been scheduled as follows:

*Mediator:*  **Lance Harke**
*Mediation Date:*  **October 25, 2022**
*Mediation Time:*  **9:30 a.m.**
*Mediation Location:* **Upchurch Watson White & Max, One Biscayne Tower, 2 S. Biscayne Blvd, Suite 2030,  Miami, FL  33131**
*Time Reserved:*    **7.50 Hours**

_____

The terms and provisions of the confirmation letter accompanying this Notice of Mediation are hereby incorporated by reference into this Notice of Mediation.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled to the provision of certain assistance at no cost to you. Please contact the ADA Coordinator in the Administrative office of Upchurch Watson White & Max, 125 S. Palmetto Avenue, Daytona Beach, FL 32114, Telephone 386-253-1560 or 800-264-2622, within two (2) working days of receipt of this Notice of Mediation.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been served by e-mail to the above named addressees on Monday, September 26, 2022.

UPCHURCH WATSON WHITE & MAX
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2030
Miami, FL 33131
Phone: 305-266-1224 / Fax: 305-640-8447
Toll Free: 800-863-1462
Website: www.uww-adr.com

BY:

*/s/ Lance A. Harke*

**Lance A. Harke, Esquire**
**FL Bar No. 863599**



Royal Palm II at Southpointe
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2030
Miami, FL 33131
Telephone: 305-266-1224
Toll Free: 800-863-1462
Facsimile: 305-640-8447
Website: www.uww-adr.com

**VIA E-MAIL**

RE: BORGES VS SMILEDIRECTCLUB
Case #: 1:21-cv-23011
FILE #: 22LAH-055

_____

Dear Counsel:

We greatly appreciate your confidence and trust in choosing Lance A. Harke as your mediator.

To address your anticipated questions and avoid any possible misunderstandings, we are writing to confirm and clearly set forth the terms and conditions of Mr. Harke's engagement and the manner in which the mediation shall be conducted.

***Conduct of mediation:*** Unless otherwise agreed by the parties or ordered by the Court, this mediation shall be conducted according to all applicable Florida Statutes and Rules. This specifically includes all protections of privilege, confidentiality, and immunity. Mr. Harke shall serve as an independent mediator and will not provide legal representation or legal advice to any mediation participant.

***Interpreter:*** Should your client or any mediation participant require an interpreter, please make the necessary arrangements in advance for an interpreter's presence at the time of mediation.

***Mediation Fee:*** The mediation fee is calculated based upon Mr. Harke's billing rate, the time reserved, and any pre-mediation or post-mediation time he spends on this matter. There is a four hour minimum charge for all mediations held in Broward County, Miami-Dade County and Palm Beach County. There is NO administrative charge. For mediations held north of Palm Beach County, there may be a charge for travel time depending on the location and actual length of the mediation.

***Mediation Fees and Costs Class/Mass Actions:*** The fees for mediation services where class/mass actions are alleged and/or asserted will be invoiced at a day rate of $7,000 to be divided equally between the parties who participate in the mediation process, or as otherwise agreed. Mass actions are those mediations having in excess of ten (10) claimants. The day rate will include all services rendered by Mr. Harke including coordination, pre-mediation caucuses, preparation, travel, and conduct of the mediation. Expenses associated with the mediation travel, which may include airfare, hotel, ground transportation and meals will be billed separately. Post mediation services will be invoiced at the hourly rate of $475 to be divided equally between the parties.

*Allocation of Fees & Payment:* Unless otherwise agreed, the mediation fees and costs shall be divided equally among the parties participating in the mediation. Payment is due upon your receipt of our bill. While our bill may be subject to reimbursement from your client to you, or even forwarded to your client for direct payment, our relationship is with you, and we look to you to secure payment.

*Hourly Billing Rate:* A mediation will be billed at the hourly rate of $475 per hour, divided equally among the parties.

*Mediation Summaries*: Mr. Harke will review any documents and materials you may regard as relevant. We request that you provide this office with copies of such materials together with a case summary at least ten (10) days prior to the mediation.

*Cancellation:*  Cancellation of cases scheduled for four or more hours places an undue burden on the mediator because we have reserved this time and date exclusively for your case.  As a result, we must receive a written or e-mail notice of cancellation at least three days before the mediation date for cases scheduled for four or more hours.  If the mediation is cancelled less than three days before the scheduled mediation conference date, you may be subject to a cancellation charge equal to one-half of your share of the per-party charge for the time reserved.  All scheduled cases, even if reserved for less than four hours, that are cancelled less than two days before the mediation may be subject to a reasonable cancellation charge based upon the circumstances.

Please call me at 954-423-8856 should you have any questions, or you may contact Mr. Harke directly at 305-502-8273.

We appreciate your bringing this matter to us and look forward to working with you toward a mutually satisfactory resolution.


Cordially,
Heidi Cohen

Mediation Case Manager
**Upchurch Watson White & Max**
hcohen@uww-adr.com