UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23011-DAMIAN

ALEJANDRO BORGES, individually,
and on behalf of all others similarly situated,

    Plaintiff,

vs.

SMILEDIRECTCLUB, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court on the parties' Stipulation for Dismissal Without Prejudice (the "Stipulation"), filed October 31, 2022. [ECF No. 79].

THE COURT has reviewed the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, pursuant to the parties' Stipulation, it is hereby

ORDERED and ADJUDGED as follows:

1. The parties' Stipulation [ECF No. 79] is **APPROVED**;

2. This action is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorney's fees and costs;

4. Any pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**; and

     5.  The Clerk of Court is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers at Miami, Florida, this 2nd day of November 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record